CLOSED

# U.S. District Court
## Southern District of Florida (West Palm Beach)
## CRIMINAL DOCKET FOR CASE #: 9:19–mj–08069–BER–1
### *Internal Use Only*

Case title: USA v. Coro

Other court case number: 19CRIM144 Southern District of New York

Date Filed: 03/08/2019

Date Terminated: 03/13/2019

---

Assigned to: Magistrate Judge Bruce E. Reinhart

**Defendant (1)**

| | | |
|---|---|---|
| **Victor Mones Coro** | represented by | **Bruce Alan Zimet** |
| 19735–104 | | One Clearlake Centre |
| *ENGLISH; YOB 1968* | | 250 North Australian Avenue |
| *TERMINATED: 03/13/2019* | | Suite 1400 |
| | | West Palm Beach, FL 33401 |
| | | 561–508–7741 |
| | | Fax: 954–760–4421 |
| | | Email: BAZ@BruceAZimetLaw.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Temporary* |

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

21:1904.F

**Disposition**

**Plaintiff**

USA                              represented by   **Aurora Fagan**
                                                 United States Attorney's Office
                                                 99 NE 4 Street
                                                 Miami, FL 33132
                                                 561–820–8711
                                                 Fax: 561–209–1787
                                                 Email: aurora.fagan@usdoj.gov
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*
                                                 *Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/08/2019 | 1 | 3 | Magistrate Removal of Indictment from the Southern District of New York Case number in the other District 19CRIM144 as to Victor Mones Coro (1). (tmn) (Entered: 03/08/2019) |
| 03/08/2019 | 2 | 22 | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: Bruce Alan Zimet appearing for Victor Mones Coro. Attorney Bruce Alan Zimet added to party Victor Mones Coro(pty:dft). (tmn) (Entered: 03/08/2019) |
| 03/08/2019 | 3 | 23 | PAPERLESS Minute Order for proceedings held before Magistrate Judge Bruce E. Reinhart: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Victor Mones Coro held on 3/8/2019. Date of Arrest or Surrender: 3/8/2019. ( Detention Hearing set for 3/13/2019 10:00 AM in West Palm Beach Division before WPB Duty Magistrate. Preliminary and Removal/Identity Hearing set for 3/13/2019 10:00 AM in West Palm Beach Division before WPB Duty Magistrate.)Defendant present/sworn. Defense counsel filed a temporary appearance. Defendant advised of charges, rights and maximum penalties. Total time in court: 7 minutes. Attorney Appearance(s): Aurora Fagan, Bruce Alan Zimet (Digital 10:34:32/10:40:00) Signed by Magistrate Judge Bruce E. Reinhart on 3/8/2019. (tmn) (Entered: 03/08/2019) |
| 03/13/2019 | 4 | 24 | PAPERLESS Minute Entry for proceedings held before Magistrate Judge Bruce E. Reinhart: Status Conference Re: Detention, Preliminary and Removal/Identity Hearing as to Victor Mones Coro held on 3/13/2019. Defendant present with counsel. Defendant will waive removal/identity, detention and preliminary hearing. The defendant advised the Court that he reserves the right to be tried in the S/D of Florida. All further proceedings to be held in the Southern District of New York. Total time in court: 14 minutes. Attorney Appearance(s): AUSA Marc Osborne, Bruce Alan Zimet(Temp) (Digital 10:22:03) (tmn) (Entered: 03/13/2019) |
| 03/13/2019 | 5 | 25 | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Victor Mones Coro (tmn) (Entered: 03/13/2019) |
| 03/13/2019 | 6 | 26 | COMMITMENT TO ANOTHER DISTRICT as to Victor Mones Coro. Defendant committed to the Southern District of New York. Closing Case for Defendant. Signed by Magistrate Judge Bruce E. Reinhart on 3/13/2019. *See attached document for full details.* (tmn) (Entered: 03/13/2019) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 19-8069-BER

- - - - - - - - - - - - - - - - - - - - X
                       :

UNITED STATES OF AMERICA       :

       - v. -                :    **SUPERSEDING INDICTMENT**

                       :

TARECK ZAIDAN EL AISSAMI MADDAH,  :  S4
    a/k/a "Tareck El Aissami,"
    a/k/a "El Troupial,"
    a/k/a "Tango Alpha,"
    a/k/a "T.E.A.,"
SAMARK JOSE LOPEZ BELLO,
    a/k/a "Samark Lopez Delgado,"
    a/k/a "Sierra Lima,"
VICTOR MONES CORO,
    a/k/a "Victor Mones," and
ALEJANDRO MIGUEL LEON MAAL,
    a/k/a "Alejandro Leon,"

             Defendants.   :

- - - - - - - - - - - - - - - - - - - - X

**19 CRIM 144**

FILED BY _TM_ D.C.

**Mar 8, 2019**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## COUNT ONE
**(Conspiracy to Violate and Evade the Foreign Narcotics Kingpin
Designation Act and the Kingpin Act Regulations)**

The Grand Jury charges:

### OVERVIEW

1.    Beginning in or about February 2017, Venezuelan
official TARECK ZAIDAN EL AISSAMI MADDAH, a/k/a "Tareck El
Aissami," a/k/a "El Troupial," a/k/a "Tango Alpha," a/k/a
"T.E.A.," the defendant, and his associate SAMARK JOSE LOPEZ BELLO,
a/k/a "Samark Lopez Delgado," a/k/a "Sierra Lima," the defendant,
worked together and with others in an effort to violate and evade

sanctions imposed by the U.S. Department of the Treasury's Office of Foreign Assets Control ("OFAC") pursuant to the Foreign Narcotics Kingpin Designation Act (the "Kingpin Act") and related regulations.

 2.  In connection with the unlawful scheme to violate and evade OFAC's sanctions, U.S. citizens VICTOR MONES CORO, a/k/a "Victor Mones," and ALEJANDRO MIGUEL LEON MAAL, a/k/a "Alejandro Leon," the defendants, and others known and unknown, used U.S.-based companies to charter private flights, including at times on U.S.-registered aircraft, for TARECK ZAIDAN EL AISSAMI MADDAH, a/k/a "Tareck El Aissami," a/k/a "El Troupial," a/k/a "Tango Alpha," a/k/a "T.E.A.," and SAMARK JOSE LOPEZ BELLO, a/k/a "Samark Lopez Delgado," a/k/a "Sierra Lima," the defendants, in connection with travel in and between, among other places, Venezuela, Russia, Turkey, and the Dominican Republic.

 3.  In violation of OFAC's sanctions and related statutes and regulations, TARECK ZAIDAN EL AISSAMI MADDAH, a/k/a "Tareck El Aissami," a/k/a "El Troupial," a/k/a "Tango Alpha," a/k/a "T.E.A.," and SAMARK JOSE LOPEZ BELLO, a/k/a "Samark Lopez Delgado," a/k/a "Sierra Lima," the defendants, paid VICTOR MONES CORO, a/k/a "Victor Mones," and ALEJANDRO MIGUEL LEON MAAL, a/k/a "Alejandro Leon," the defendants, for private flights and other flight-related services by, among other means, using associates to

2

deliver bulk cash in Caracas, Venezuela that was smuggled into the United States.

4. For example, in or about March 2019, ALEJANDRO MIGUEL LEON MAAL, a/k/a "Alejandro Leon," the defendant, helped set up private flights between Turkey, Venezuela, and Russia for TARECK ZAIDAN EL AISSAMI MADDAH, a/k/a "Tareck El Aissami," a/k/a "El Troupial," a/k/a "Tango Alpha," a/k/a "T.E.A.," the defendant, including a flight by EL AISSAMI MADDAH on or about February 23, 2019 from Vnukovo International Airport in Russia to Simón Bolívar International Airport in Venezuela, which was purportedly chartered by a Dominic Republic company associated with LEON MAAL and provided by a Turkish charter-flight-services firm.

### The Foreign Narcotics Kingpin Designation Act

5. In 1999, Congress passed the Kingpin Act, Title 21, United States Code, Chapter 32, to apply economic and other financial sanctions in response to "a national emergency resulting from the activities of international narcotics traffickers and their organizations that threatens the national security, foreign policy, and economy of the United States." 21 U.S.C. § 1901(a)(4).

6. In 2000, OFAC implemented the Kingpin Act by promulgating the Foreign Narcotics Kingpin Sanctions Regulations (the "Kingpin Act Regulations"), Title 31, Code of Federal Regulations, Part 598.

7. The Kingpin Act and corresponding Kingpin Act Regulations block, among other things, all property and interests in property within the United States, or within the possession or control of any U.S. person, which are owned or controlled by foreign persons designated by OFAC as "Specially Designated Narcotics Traffickers," or "SDNTs." 21 U.S.C. § 1904(b); 31 C.F.R. §§ 598.202, 598.301.

8. Unless otherwise authorized or exempted by law, license, or regulation, the Kingpin Act and the Kingpin Act Regulations prohibit, among other things:

a. Transactions and dealings by U.S. persons, or within the United States, in property or interests in property of Specially Designated Narcotics Traffickers. See 21 U.S.C. § 1904(c)(1); 31 C.F.R. § 598.203(a).

b. Services performed by U.S. persons, wherever located, for the benefit of Specially Designated Narcotics Traffickers or with respect to property interests of Specially Designated Narcotics Traffickers. See 21 U.S.C. § 1904(c)(1); 31 C.F.R. §§ 598.203, 598.406(a).

c. Transactions and dealings by U.S. persons, or within the United States, that evade or avoid, or have the effect of evading or avoiding, any of the prohibitions of the Kingpin Act

4

and the Kingpin Act Regulations. <u>See</u> 21 U.S.C. § 1904(c)(2); 31 C.F.R. § 598.204.

       d.    Conspiracies and attempts to violate any of the prohibitions of the Kingpin Act and the Kingpin Act Regulations. <u>See</u> 21 U.S.C. § 1904(c)(2); 31 C.F.R. § 598.204.

<u>The Defendants and Related Entities</u>

      9.    At all times relevant to this Indictment, TARECK ZAIDAN EL AISSAMI MADDAH, a/k/a "Tareck El Aissami," a/k/a "El Troupial," a/k/a "Tango Alpha," a/k/a "T.E.A.," the defendant, was a Venezuelan citizen. EL AISSAMI MADDAH acted as the Vice President of Venezuela from in or about January 2017 up to and including in or about June 2018. In or about June 2018, EL AISSAMI MADDAH was named the Venezuelan Minister of Industry and National Production.

      10.    At all times relevant to this Indictment, SAMARK JOSE LOPEZ BELLO, a/k/a "Samark Lopez Delgado," a/k/a "Sierra Lima," the defendant, was a Venezuelan citizen and businessman with ties to TARECK ZAIDAN EL AISSAMI MADDAH, a/k/a "Tareck El Aissami," the defendant, and other Venezuelan politicians.

      11.    According to filings with the U.S. Department of Homeland Security, SAMARK JOSE LOPEZ BELLO, a/k/a "Samark Lopez Delgado," a/k/a "Sierra Lima," the defendant, has acted at various times relevant to the charges herein as an executive of, among

5

other entities, the Florida corporation PYP International LLC; PYP International LLC's Venezuelan affiliate, Profit Corporation C.A.; and PYP International LLC's Panamanian affiliate, Yakima Trading Corporation.

12. At all times relevant to this Indictment, Victor MONES CORO, a/k/a "Victor Mones," the defendant, was a naturalized U.S. citizen who was born in Venezuela, lived in Florida, and worked in the private-flight charter services industry.

13. At all times relevant to this Indictment, Alejandro MIGUEL LEON MAAL, a/k/a "Alejandro Leon," the defendant, was a naturalized U.S. citizen who was born in Venezuela, lived in Florida, and worked in the private-flight charter services industry.

14. VICTOR MONES CORO, a/k/a "Victor Mones," the defendant, established American Charter Services LLC, among several other Florida companies. At various times between in or about 2008 and in or about 2019, ALEJANDRO MIGUEL LEON MAAL, a/k/a "Alejandro Leon," the defendant, worked for American Charter Services LLC and one or more of its affiliates.

15. ALEJANDRO MIGUEL LEON MAAL, a/k/a "Alejandro Leon," the defendant, established SVMI Solution, LLC, among several other Florida companies. "SVMI" is also the airport code for Simón Bolívar International Airport in Maiquetía, Venezuela.

6

8

OFAC's February 2017 SDNT Designation
Pursuant to the Kingpin Act

16.  On or about February 13, 2017, OFAC announced that it had designated TARECK ZAIDAN EL AISSAMI MADDAH, a/k/a "Tareck El Aissami," a/k/a "El Troupial," a/k/a "Tango Alpha," a/k/a "T.E.A.," and SAMARK JOSE LOPEZ BELLO, a/k/a "Samark Lopez Delgado," a/k/a "Sierra Lima," the defendants, as Specially Designated Narcotics Traffickers pursuant to the Kingpin Act.  In the same announcement, OFAC designated as SDNTs 13 related companies, including Profit Corporation C.A. and Yakima Trading Corporation.

17.  OFAC explained in the February 13, 2017 announcement, that "U.S. persons are generally prohibited from engaging in transactions or otherwise dealing with" TARECK ZAIDAN EL AISSAMI MADDAH, a/k/a "Tareck El Aissami," a/k/a "El Troupial," a/k/a "Tango Alpha," a/k/a "T.E.A.," and SAMARK JOSE LOPEZ BELLO, a/k/a "Samark Lopez Delgado," a/k/a "Sierra Lima," the defendants, and that "any assets the individuals and entities may have under U.S. jurisdiction are frozen."

**STATUTORY ALLEGATIONS**

18.  From at least in or about February 2017, up to and including in or about March 2019, in the Southern District of New York, Venezuela, Turkey, Russia, the Dominican Republic, and

7

elsewhere, and in an offense begun and committed out of the jurisdiction of any particular state or district of the United States, TARECK ZAIDAN EL AISSAMI MADDAH, a/k/a "Tareck El Aissami," a/k/a "El Troupial," a/k/a "Tango Alpha," a/k/a "T.E.A.," SAMARK JOSE LOPEZ BELLO, a/k/a "Samark Lopez Delgado," a/k/a "Sierra Lima," VICTOR MONES CORO, a/k/a "Victor Mones," and ALEJANDRO MIGUEL LEON MAAL, a/k/a "Alejandro Leon," the defendants, and others known and unknown, at least one of whom is expected to be first brought to and arrested in the Southern District of New York, knowingly and willfully combined, conspired, confederated, and agreed together and with each other to violate one or more of the provisions of the Kingpin Act and the Kingpin Act Regulations.

19.    It was a part and an object of the conspiracy that TARECK ZAIDAN EL AISSAMI MADDAH, a/k/a "Tareck El Aissami," a/k/a "El Troupial," a/k/a "Tango Alpha," a/k/a "T.E.A.," SAMARK JOSE LOPEZ BELLO, a/k/a "Samark Lopez Delgado," a/k/a "Sierra Lima," VICTOR MONES CORO, a/k/a "Victor Mones," and ALEJANDRO MIGUEL LEON MAAL, a/k/a "Alejandro Leon," the defendants, and others known and unknown, would and did engage and attempt to engage in transactions and dealings by a United States person, and within the United States, in property and interests in property of one or more foreign persons designated as Specially Designated Narcotics Traffickers by the Secretary of the Treasury pursuant to Title 21,

8

United States Code, Section 1904(b), to wit, EL AISSAMI MADDAH and LOPEZ BELLO, in violation of Title 21, United States Code, Section 1904(c)(1), and Title 31, Code of Federal Regulations, Sections 598.203(a) and 598.406.

20. It was further a part and an object of the conspiracy that TARECK ZAIDAN EL AISSAMI MADDAH, a/k/a "Tareck El Aissami," a/k/a "El Troupial," a/k/a "Tango Alpha," a/k/a "T.E.A.," SAMARK JOSE LOPEZ BELLO, a/k/a "Samark Lopez Delgado," a/k/a "Sierra Lima," VICTOR MONES CORO, a/k/a "Victor Mones," and ALEJANDRO MIGUEL LEON MAAL, a/k/a "Alejandro Leon," the defendants, and others known and unknown, would and did engage and attempt to engage in transactions and dealings by a United States person, and within the United States, that evaded and avoided, and had the effect of evading and avoiding, one or more of the prohibitions contained in the Kingpin Act, in violation of Title 21, United States Code, Section 1904(c)(2), and Title 31, Code of Federal Regulations, Section 598.204.

21. It was further a part and an object of the conspiracy that TARECK ZAIDAN EL AISSAMI MADDAH, a/k/a "Tareck El Aissami," a/k/a "El Troupial," a/k/a "Tango Alpha," a/k/a "T.E.A.," SAMARK JOSE LOPEZ BELLO, a/k/a "Samark Lopez Delgado," a/k/a "Sierra Lima," VICTOR MONES CORO, a/k/a "Victor Mones," and ALEJANDRO MIGUEL LEON MAAL, a/k/a "Alejandro Leon," the

9

11

defendants, and others known and unknown, would and did engage and attempt to engage in transactions and dealings by one or more United States persons who were officers, directors, and agents of an entity -- to wit, MONES CORO and LEON MAAL acting as agents of American Charter Services LLC and LEON MAAL acting as an agent of SVMI Solution LLC -- and within the United States, in property and interests in property of one or more foreign persons designated as Specially Designated Narcotics Traffickers by the Secretary of the Treasury pursuant to Title 21, United States Code, Section 1904(b), to wit, EL AISSAMI MADDAH and LOPEZ BELLO, in violation of Title 21, United States Code, Sections 1904(c)(1) and 1906(a)(2), and Title 31, Code of Federal Regulations, Sections 598.203(a) and 598.406.

22. It was further a part and an object of the conspiracy that TARECK ZAIDAN EL AISSAMI MADDAH, a/k/a "Tareck El Aissami," a/k/a "El Troupial," a/k/a "Tango Alpha," a/k/a "T.E.A.," SAMARK JOSE LOPEZ BELLO, a/k/a "Samark Lopez Delgado," a/k/a "Sierra Lima," VICTOR MONES CORO, a/k/a "Victor Mones," and ALEJANDRO MIGUEL LEON MAAL, a/k/a "Alejandro Leon," the defendants, and others known and unknown, would and did engage and attempt to engage in transactions and dealings by one or more United States persons who were officers, directors, and agents of an entity -- to wit, MONES CORO and LEON MAAL acting as agents of

10

12

American Charter Services LLC and LEON MAAL acting as an agent of SVMI Solution LLC -- and within the United States, that evaded and avoided, and had the effect of evading and avoiding, one or more of the prohibitions contained in the Kingpin Act, in violation of Title 21, United States Code, Sections 1904(c)(2) and 1906(a)(2), and Title 31, Code of Federal Regulations, Section 598.204.

### Overt Acts

23.    In furtherance of the conspiracy and to effect the illegal objects thereof, TARECK ZAIDAN EL AISSAMI MADDAH, a/k/a "Tareck El Aissami," a/k/a "El Troupial," a/k/a "Tango Alpha," a/k/a "T.E.A.," SAMARK JOSE LOPEZ BELLO, a/k/a "Samark Lopez Delgado," a/k/a "Sierra Lima," VICTOR MONES CORO, a/k/a "Victor Mones," and ALEJANDRO MIGUEL LEON MAAL, a/k/a "Alejandro Leon," the defendants, and their co-conspirators committed the following overt acts, among others:

a.    On or about January 28, 2018, LEON MAAL used an email account associated with American Charter Services LLC to send a message related to private charter flights on board a U.S.- registered aircraft for, among others, relatives and associates of LOPEZ BELLO.

b.    On or about July 27, 2018, LEON MAAL caused a transfer of approximately $108,407.69 to be sent from an account

11

13

in Manhattan, New York to a U.S.-based account in the name of SVMI Solution LLC as partial compensation for private charter services provided to LOPEZ BELLO.

c.    On or about September 6, 2018, MONES CORO used a U.S.-based bank account in the name of American Charter Services LLC to transfer approximately $30,000 in connection with private charter services for LOPEZ BELLO.

d.    On or about September 9, 2018, LOPEZ BELLO took a private flight on a U.S.-registered aircraft from the Dominican Republic to Venezuela that MONES CORO helped arrange.

e.    On or about February 23, 2019, EL AISSAMI MADDAH took a private flight from Russia to Venezuela that LEON MAAL helped arrange.

(Title 21, United States Code, Sections 1904(c)(1)-(2) and 1906(a)(1)-(2); Title 18, United States Code, Section 3238; Title 31, Code of Federal Regulations, Sections 598.203(a), 598.204, and 598.406.)

## COUNT TWO
### (Prohibited Transactions in Violation of the Kingpin Act and the Kingpin Act Regulations)

The Grand Jury further charges:

24.    The allegations contained in paragraphs 1 through 17 and 23 of this Indictment are hereby repeated, realleged, and incorporated by reference as if fully set forth herein.

25. From at least in or about February 2017, up to and including in or about March 2019, in the Southern District of New York, Venezuela, Turkey, Russia, the Dominican Republic, and elsewhere, and in an offense begun and committed out of the jurisdiction of any particular state or district of the United States, TARECK ZAIDAN EL AISSAMI MADDAH, a/k/a "Tareck El Aissami," a/k/a "El Troupial," a/k/a "Tango Alpha," a/k/a "T.E.A.," SAMARK JOSE LOPEZ BELLO, a/k/a "Samark Lopez Delgado," a/k/a "Sierra Lima," VICTOR MONES CORO, a/k/a "Victor Mones," and ALEJANDRO MIGUEL LEON MAAL, a/k/a "Alejandro Leon," the defendants, at least one of whom is expected to be first brought to and arrested in the Southern District of New York, knowingly engaged, attempted to engage, and aided, abetted, and caused others to engage and attempt to engage in transactions and dealings by one or more United States persons who were officers, directors, and agents of an entity, to wit -- MONES CORO and LEON MAAL acting as agents of American Charter Services LLC -- and within the United States, in property and interests in property of one or more foreign persons designated as Specially Designated Narcotics Traffickers by the Secretary of the Treasury pursuant to Title 21, United States Code, Section

13

1904(b), to wit, EL AISSAMI MADDAH and LOPEZ BELLO.

(Title 21, United States Code, Sections 1904(c)(1) and 1906(a)(2); Title 18, United States Code, Sections 3238 and 2; and Title 31, Code of Federal Regulations, Sections 598.203(a) and 598.406.)

## COUNT THREE
## (Evasion of the Kingpin Act and the Kingpin Act Regulations)

The Grand Jury further charges:

26. The allegations contained in paragraphs 1 through 17 and 23 of this Indictment are hereby repeated, realleged, and incorporated by reference as if fully set forth herein.

27. From at least in or about February 2017, up to and including in or about March 2019, in the Southern District of New York, Venezuela, Turkey, Russia, the Dominican Republic, and elsewhere, and in an offense begun and committed out of the jurisdiction of any particular state or district of the United States, TARECK ZAIDAN EL AISSAMI MADDAH, a/k/a "Tareck El Aissami," a/k/a "El Troupial," a/k/a "Tango Alpha," a/k/a "T.E.A.," SAMARK JOSE LOPEZ BELLO, a/k/a "Samark Lopez Delgado," a/k/a "Sierra Lima," VICTOR MONES CORO, a/k/a "Victor Mones," and ALEJANDRO MIGUEL LEON MAAL, a/k/a "Alejandro Leon," the defendants, at least one of whom is expected to be first brought to and arrested in the Southern District of New York, knowingly engaged, attempted to

14

16

engage, and aided, abetted, and caused others to engage and attempt
to engage in transactions and dealings by one or more United States
persons who were officers, directors, and agents of an entity, to
wit -- MONES CORO and LEON MAAL acting as agents of American
Charter Services LLC -- and within the United States, that evaded
and avoided, and had the effect of evading and avoiding, one or
more of the prohibitions contained in the Kingpin Act.

(Title 21, United States Code, Sections 1904(c)(2) and
1906(a)(2); Title 18, United States Code, Sections 3238 and 2;
and Title 31, Code of Federal Regulations, Section 598.204.)

### COUNT FOUR
### (Prohibited Transactions in Violation of the Kingpin Act and the Kingpin Act Regulations)

The Grand Jury further charges:

28.   The allegations contained in paragraphs 1 through
17 and 23 of this Indictment are hereby repeated, realleged, and
incorporated by reference as if fully set forth herein.

29.   From at least in or about February 2017, up to and
including in or about March 2019, in the Southern District of New
York, Venezuela, Turkey, Russia, the Dominican Republic, and
elsewhere, and in an offense begun and committed out of the
jurisdiction of any particular state or district of the United
States, TARECK ZAIDAN EL AISSAMI MADDAH, a/k/a "Tareck El Aissami,"
a/k/a "El Troupial," a/k/a "Tango Alpha," a/k/a "T.E.A.," SAMARK

15

JOSE LOPEZ BELLO, a/k/a "Samark Lopez Delgado," a/k/a "Sierra Lima," VICTOR MONES CORO, a/k/a "Victor Mones," and ALEJANDRO MIGUEL LEON MAAL, a/k/a "Alejandro Leon," the defendants, at least one of whom is expected to be first brought to and arrested in the Southern District of New York, knowingly engaged, attempted to engage, and aided, abetted, and caused others to engage and attempt to engage in transactions and dealings by a United States person who was an officer, director, and agent of an entity -- to wit, LEON MAAL acting as an agent of SVMI Solution LLC -- and within the United States, in property and interests in property of one or more foreign persons designated as Specially Designated Narcotics Traffickers by the Secretary of the Treasury pursuant to Title 21, United States Code, Section 1904(b), to wit, EL AISSAMI MADDAH and LOPEZ BELLO.

(Title 21, United States Code, Sections 1904(c)(1) and 1906(a)(2); Title 18, United States Code, Sections 3238 and 2; and Title 31, Code of Federal Regulations, Sections 598.203(a) and 598.406.)

## COUNT FIVE
### (Evasion of the Kingpin Act and the Kingpin Act Regulations)

The Grand Jury further charges:

30. The allegations contained in paragraphs 1 through 17 and 23 of this Indictment are hereby repeated, realleged, and incorporated by reference as if fully set forth herein.

16

31. From at least in or about February 2017, up to and including in or about March 2019, in the Southern District of New York, Venezuela, Turkey, Russia, the Dominican Republic, and elsewhere, and in an offense begun and committed out of the jurisdiction of any particular state or district of the United States, TARECK ZAIDAN EL AISSAMI MADDAH, a/k/a "Tareck El Aissami," a/k/a "El Troupial," a/k/a "Tango Alpha," a/k/a "T.E.A.," SAMARK JOSE LOPEZ BELLO, a/k/a "Samark Lopez Delgado," a/k/a "Sierra Lima," VICTOR MONES CORO, a/k/a "Victor Mones," and ALEJANDRO MIGUEL LEON MAAL, a/k/a "Alejandro Leon," the defendants, at least one of whom is expected to be first brought to and arrested in the Southern District of New York, knowingly engaged, attempted to engage, and aided, abetted, and caused others to engage and attempt to engage in transactions and dealings by a United States person who was an officer, director, and agent of an entity -- to wit, LEON MAAL acting as an agent of SVMI Solution LLC -- and within the United States, that evaded and avoided, and had the effect of

17

evading and avoiding, one or more of the prohibitions contained in

the Kingpin Act.

(Title 21, United States Code, Sections 1904(c)(2) and
1906(a)(2); Title 18, United States Code, Sections 3238 and 2;
and Title 31, Code of Federal Regulations, Section 598.204.)

_____
FOREPERSON

_Geoffry S. Berman_
GEOFFREY S. BERMAN
United States Attorney

18

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

**- v. -**

**TARECK ZAIDAN EL AISSAMI MADDAH,**
a/k/a "Tareck El Aissami,"
a/k/a "El Troupial,"
a/k/a "Tango Alpha,"
a/k/a "T.E.A.,"
**SAMARK JOSE LOPEZ BELLO,**
a/k/a "Samark Lopez Delgado,"
a/k/a "Sierra Lima,"
**VICTOR MONES CORO,**
a/k/a "Victor Mones," and
**ALEJANDRO MIGUEL LEON MAAL,**
a/k/a "Alejandro Leon,"

**Defendants.**

---

**SUPERSEDING INDICTMENT**

(21 U.S.C. §§ 1904, 1906; and
18 U.S.C. §§ 3238, 2.)

GEOFFREY S. BERMAN

United States Attorney.

**A TRUE BILL**

Foreperson.

FILED BY _____TM_____ D.C.

MAR - 8 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: _19 - 8069 - BER_

UNITED STATES OF AMERICA,
        Plaintiff,

                                                    **NOTICE OF TEMPORARY**
                                                    **APPEARANCE AS COUNSEL**

v.

MONES, VICTOR

                Defendant.
_____/

COMES NOW _____Bruce Zimet_____ and

files this temporary appearance as counsel for the above named defendant(s) at initial appearance.

This appearance is made with the **understanding** that the undersigned counsel will fulfill any

**obligations imposed** by the Court such as **preparing and filing documents** necessary to

collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): _____Bruce Zimet_____

Counsel's Signature: _____

Address (include City/State/Zip Code):

250 N. Australian Ave
        #1400
WPB - 33401

Telephone: _954-629-8437_        Florida Bar Number: _0225053_

Date: _3/8/19_

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Aurora Fagan (aurora.fagan@usdoj.gov, maureen.booker@usdoj.gov,
shanay.jones@usdoj.gov, shawn.ball@usdoj.gov, usafls-brdkt@usdoj.gov,
usafls-hqdkt@usdoj.gov), Bruce Alan Zimet (baz@bruceazimetlaw.com, jcc2878@yahoo.com),
Magistrate Judge Bruce E. Reinhart (reinhart@flsd.uscourts.gov)
--Non Case Participants: Federal Public Defender (fls_ecf@fd.org)
--No Notice Sent:

Message-Id:18574465@flsd.uscourts.gov
Subject:Activity in Case 9:19-mj-08069-BER USA v. Coro Initial Appearance - Rule
5(c)(3)/Rule 40
Content-Type: text/html
```

**U.S. District Court**

**Southern District of Florida**

**Notice of Electronic Filing**


The following transaction was entered on 3/8/2019 at 12:45 PM EST and filed on 3/8/2019

| | |
|---|---|
| **Case Name:** | USA v. Coro |
| **Case Number:** | 9:19-mj-08069-BER |
| **Filer:** | |
| **Document Number:** | 3(No document attached) |

**Docket Text:**
 **PAPERLESS Minute Order for proceedings held before Magistrate Judge Bruce E. Reinhart: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Victor Mones Coro held on 3/8/2019. Date of Arrest or Surrender: 3/8/2019. ( Detention Hearing set for 3/13/2019 10:00 AM in West Palm Beach Division before WPB Duty Magistrate. Preliminary and Removal/Identity Hearing set for 3/13/2019 10:00 AM in West Palm Beach Division before WPB Duty Magistrate.)Defendant present/sworn. Defense counsel filed a temporary appearance. Defendant advised of charges, rights and maximum penalties. Total time in court: 7 minutes. Attorney Appearance(s): Aurora Fagan, Bruce Alan Zimet (Digital 10:34:32/10:40:00) Signed by Magistrate Judge Bruce E. Reinhart on 3/8/2019. (tmn)**


**9:19-mj-08069-BER-1 Notice has been electronically mailed to:**

Aurora Fagan &nbsp &nbsp aurora.fagan@usdoj.gov, maureen.booker@usdoj.gov, shanay.jones@usdoj.gov, Shawn.Ball@usdoj.gov, USAFLS-BRDKT@usdoj.gov, usafls-hqdkt@usdoj.gov

Bruce Alan Zimet &nbsp &nbsp BAZ@BruceAZimetLaw.com, jcc2878@yahoo.com

**9:19-mj-08069-BER-1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Aurora Fagan (aurora.fagan@usdoj.gov, maureen.booker@usdoj.gov,
shanay.jones@usdoj.gov, shawn.ball@usdoj.gov, usafls-brdkt@usdoj.gov,
usafls-hqdkt@usdoj.gov), Bruce Alan Zimet (baz@bruceazimetlaw.com, jcc2878@yahoo.com),
Magistrate Judge Bruce E. Reinhart (reinhart@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:18590730@flsd.uscourts.gov
Subject:Activity in Case 9:19-mj-08069-BER USA v. Coro Status Conference
Content-Type: text/html
```

## U.S. District Court

## Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 3/13/2019 at 3:55 PM EDT and filed on 3/13/2019

| | |
|---|---|
| **Case Name:** | USA v. Coro |
| **Case Number:** | 9:19–mj–08069–BER |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
 **PAPERLESS Minute Entry for proceedings held before Magistrate Judge Bruce E. Reinhart: Status Conference Re: Detention, Preliminary and Removal/Identity Hearing as to Victor Mones Coro held on 3/13/2019. Defendant present with counsel. Defendant will waive removal/identity, detention and preliminary hearing. The defendant advised the Court that he reserves the right to be tried in the S/D of Florida. All further proceedings to be held in the Southern District of New York. Total time in court: 14 minutes. Attorney Appearance(s): AUSA Marc Osborne, Bruce Alan Zimet(Temp) (Digital 10:22:03) (tmn)**

**9:19–mj–08069–BER–1 Notice has been electronically mailed to:**

Aurora Fagan &nbsp &nbsp aurora.fagan@usdoj.gov, maureen.booker@usdoj.gov, shanay.jones@usdoj.gov, Shawn.Ball@usdoj.gov, USAFLS–BRDKT@usdoj.gov, usafls–hqdkt@usdoj.gov

Bruce Alan Zimet &nbsp &nbsp BAZ@BruceAZimetLaw.com, jcc2878@yahoo.com

**9:19–mj–08069–BER–1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1–888–318–2260.:**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No: 19-8069-BER

```
FILED BY    JM    D.C.
┌──────────────────────────┐
│    MAR 13 2019           │
│                          │
│   ANGELA E. NOBLE        │
│   CLERK U.S. DIST. CT.   │
│   S.D. OF FLA. -- W.P.B. │
└──────────────────────────┘
```

United States of America
         Plaintiff,

v.

Charging District's Case No.   19CRIM144

Victor Mones Coro,
         Defendant.
_____/

## WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the **(Southern District of New York)**.

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2)     an identity hearing to determine whether I am the person named in the charges;
(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4)     a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;
(5)     a hearing on any motion by the government for detention;
(6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

☒  An identity hearing and production of the warrant.

☒  A preliminary hearing.

☒  A detention hearing in the Southern District of Florida.

☒  An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district.  I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant's Signature

Date: 3/13/2019

_____
Bruce E. Reinhart
UNITED STATES MAGISTRATE JUDGE

Defendant Reserves Right to be
Tried in the Southern District of Florida
pursuant to 18 U.S.C. §3238

25

**United States District Court**
**Southern District of Florida**
Case No. 19-8069-BER



FILED BY _____ D.C.

MAR 13 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

UNITED STATES OF AMERICA,

    v.

Charging District's Case No. 19CRIM144

Victor Mones Coro,

_____/

<u>COMMITMENT TO ANOTHER DISTRICT</u>

The defendant has been ordered to appear in the SOUTHERN DISTRICT OF NEW YORK.

The defendant remains in custody after the initial appearance in the Southern District of Florida.

**IT IS ORDERED** that the United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

**DONE AND ORDERED** at West Palm Beach, Florida on 3/13/2019.

Bruce E. Reinhart
UNITED STATES MAGISTRATE JUDGE

| RETURN | | |
|---|---|---|
| This commitment was received and executed as follows: | | |
| | | |
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| | | |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
| | | |